No. 91–6188.  HUMAN v. CITY OF SANTA MONICA, CALIFORNIA. Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 91–6190.  HARTFORD v. HASKELL, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 91–6191.  DIRDEN v. WHITLEY, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–6200.  BURKES v. LYDAY ET AL.  Sup. Ct. Ga.  Certiorari denied.

No. 91–6204.  COOPER v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 91–6208.  BORYSIAK ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 91–6211.  BELL v. CITY AND COUNTY OF DENVER.  C. A. 10th Cir.  Certiorari denied.

No. 91–6213.  TILLEY v. WELLS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 91–6227.  BULLOCK v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 91–6230.  WALKER v. WALKER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–6273.  MAJOR v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 91–6301.  FINCHUM v. LEWIS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–6329.  EGBERT v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 91–6330.  GEURIN v. DEPARTMENT OF VETERANS AFFAIRS. C. A. 9th Cir.  Certiorari denied.

No. 91–6339.  WILLIAMS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 91–6346.  COOPER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.